THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR GEORGE LANGFORD, Appellant.— The defendant's letter, dated April 24, 1963, addressed to Mr. Justice KLEINFELD, will be treated as an application to said Justice, pursuant to statute (Code Crim. Pro., § 519; § 520, subd. 1), for a certificate granting permission to the defendant to appeal to the Court of Appeals and certifying that a question of law is involved which ought to be reviewed by that court. The application is granted by Mr. Justice KLEINFELD, and certificate will be issued accordingly by him.

## (May 27, 1963)

ROBERT T. CARBONE, Respondent, v. ANTHONY L. HORSTMAN et al., Appellants.— In an action to recover damages for personal injury, defendants appeal from an order of the Supreme Court, Westchester County, entered February 8, 1963 after a pretrial conference, which granted a preference in trial. Order reversed, without costs; preference vacated; and action restored to its regular position on the calendar. The record fails to show an adequate basis for the granting of a preference (*Engongoro* v. *Di Palma*, 17 A D 2d 985). Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.